# UNITED STATES DISTRICT COURT

District of MINNESOTA

DANISE LUNDSTROM, et al.
Plaintiff
V.

CY'S LIQUORS, INC.
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 00-1501 JRT/FLN

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| See Attachment | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Franklin L. Noel United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

October 18, 2000
Date

John R. Tunheim
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

Danise Lundstrom, Michelle Palmer, Joshua Palmer, Jason Palmer, Melanie Porton and Teresa Baker,

Plaintiffs,

vs.

Cy's Liquors, Inc.

Defendant.

Civil No. 00-1501 JRT/FLN

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily does consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: September 25, 2000

Todd P. Young, #1195_9
Attorney for Plaintiffs
2174 Snelling Avenue North
Roseville, MN 55113-4234
(651) 636-2111

Dated: 10/11/00

Victor E. Lund, #160_76
Mahoney, Dougherty and Mahoney, P.A.
Attorney for Defendant
801 Park Avenue
Minneapolis, MN 55404
(612) 339-5863

PURSUANT TO ORDER OF REFERENCE FILED ON OCTOBER 18, 2000
in
Danise Lundstrom, et al vs. Cy's Liquors, Inc.

This case is now assigned to Magistrate Judge Franklin L. Noel

CASE NUMBER 00-1501 FLN

Use this case number for all further filings.