IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION

Danise Lundstrom, Michelle Palmer, Joshua Palmer, Jason Palmer, Melanie Porton and Teresa Baker,

Plaintiffs,

-vs-

Cy's Liquors, Inc.,

Defendant.

Case No. 00-1501 JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by the parties acting by their respective counsel of record that the above-entitled matter, having been duly compromised and settled, may be dismissed on the merits and with prejudice, without further costs to either side.

TODD YOUNG LAW FIRM

Dated: 10/5/01

Todd P. Young #119519
Attorneys for Plaintiffs
2174 North Snelling Avenue
Roseville, MN 55113
(651) 636-2111

MAHONEY, DOUGHERTY AND MAHONEY
Professional Association

Dated: 10/5/01

Victor E. Lund #160076
Attorneys for Defendant
801 Park Avenue
Minneapolis, MN 55404
(612) 339-5863

FILED 12-12-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing stipulation of counsel,

**IT IS HEREBY ORDERED** that the above-entitled matter may be and hereby is dismissed on the merits and with prejudice, without further costs to either side.

Dated: 12/11/01

BY THE COURT

Franklin L. Noel

Magistrate Judge Franklin Noel