IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION

Danise Lundstrom, mother and natural guardian of Melanie Porton, a minor,

Plaintiff,

vs.

Cy's Liquors, Inc.,

Defendant.

Case No. 00-1501 ~~JRT~~/FLN

**FINDINGS OF FACT, CONCLUSIONS OF LAW, ORDER**

The above-captioned matter came on before the undersigned District Court Judge of the above-captioned court on the 6th day of MAY, 2002. On review of the Petition for Approval of Minor Settlement, and on review of the deposition of Melanie Porton, the court being fully advised in the premises, now issues the following Findings of Fact:

FINDINGS OF FACT

1. The name and date of birth of the minor is Melanie Porton, age 15, date of birth December 30, 1985.

2. Plaintiff Melanie Porton's step-brother, Michael Palmer, was injured in a single rollover accident on March 10, 2000, when the Blazer truck he was driving went out of control, ejecting Michael Palmer from the vehicle and rendering him comatose.

3. Attached and incorporated to this Petition is the deposition testimony of Melanie Porton. Melanie Porton was 13 years old at the time of the accident. Michael Palmer had

MAY 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

been drinking at Cy's Liquor and had a blood alcohol content of .18 at the time of this driving incident.

4. Melanie Porton, along with her step-brothers and sisters who are emancipated, as well as her mother, brought a lawsuit in their own name for loss of aid, society and companionship from the harm to her step-brother, Michael Palmer, for damages under the Minnesota Civil Damage Act.

5. Under the terms of the contingent fee agreement, the minor is to pay at the conclusion of claim, one-third of the gross recovery plus costs incurred in connection with said representation.

6. Danise Lundstrom, as the mother and natural guardian of Melanie Porton, on behalf of herself as well as her minor daughter and the fellow siblings, signed a contract with the Todd Young Law Firm to bring a lawsuit in the United States District Court for violation of the Minnesota Civil Damage Act, which lawsuit was settled, providing for disbursements of funds after payment of one-third attorney fees and costs as followings:

| | |
|---|---|
| Danise Lundstrom | $1,000.00 |
| Jason Palmer | $1,000.00 |
| Michelle Palmer | $1,000.00 |
| Joshua Palmer | $1,000.00 |
| Teresa Baker | $1,000.00 |
| Melanie Porton | $922.21 |

7. There are no collateral sources or subrogation rights asserted with petitioner's claim since this damage claim is injury to the relationship between Melanie Porton as a step-sister and her older step-brother, who is in a coma.

8. Subsequent to the occurrence of the injury to Michael Palmer, petitioner, through her mother, Danise Lundstrom, employed the undersigned as their attorney to

represent them, including said minor, for the recovery of damages as a result of said injuries to Michael Palmer. It was agreed in writing that said attorney would receive one-third of the amount of recovery by way of suit or settlement. The attorney conducted an investigation of the facts surrounding the occurrence, took numerous depositions, and entered into settlement negotiations with defendant.

9. Petitioner's attorney has incurred costs which have been advanced on behalf of said minor as well as her step-siblings and mother in the amount of $10,011.13, which costs do not include postage or long-distance telephone bills.

10. The petitioner, Danise Lundstrom, requests approval of the minor settlement in the amount of $922.21, which sum will be distributed as follows:

| | |
|---|---|
| Melanie Porton | $922.21 |

11. The sum of $922.21 shall be invested on behalf of said minor in the form of a certificate of deposit on deposit with a bank in Fresno, California. The certificate of deposit shall be in the name of Melanie Porton. The deposit shall remain with the designated financial institution until December 30, 2003, at which time the minor shall reach the age of majority.

12. Petitioner for said minor requests the court approve her Petition for Approval of Minor Settlement and issue Findings of Fact, Conclusions of Law and Order on Petition for Approval of Minor Settlement in accordance with the terms set forth in her Petition.

## CONCLUSIONS OF LAW

1. Melanie Porton is the youngest step-sister of Michael Palmer and has sustained damages under the Civil Damage Act in the amount of $922.21.

2. All monies have been disbursed from the settlement with the exception of the above amount, which sum shall be deposited in a FDIC-approved bank in California and held in trust until said minor reaches the age of 18, at which time said monies may be disbursed to Melanie Porton.

3. The settlement of the above-captioned lawsuit is approved and Danise Lundstrom is authorized *nunc pro tunc* to sign on behalf of said minor the release of defendant from the Civil Damage Act claim initiated by Melanie Porton with her fellow siblings and mother.

Dated: MAY 6, 2002

The Honorable David S. Doty
Magistrate Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Danise Lundstrom, mother and natural guardian of Melanie Porton, a minor,

Plaintiff,

vs.

Cy's Liquors, Inc.,

Defendant.

Case No. 00-1501 JRT/FLN

**PETITION FOR APPROVAL OF MINOR SETTLEMENT**

---

Danise Lundstrom is the mother and natural guardian of Melanie Porton, a minor, and makes this Petition on behalf of her daughter and sets forth the following information in compliance with Rule 145.02 of the Rules of Practice for the District Courts of the State of Minnesota.

1. The name and date of birth of the minor is Melanie Porton, age 15, date of birth December 30, 1985.

2. Plaintiff Melanie Porton's step-brother, Michael Palmer, was injured in a single rollover accident on March 10, 2000, when the Blazer truck he was driving went out of control, ejecting Michael Palmer from the vehicle and rendering him comatose.

3. Attached and incorporated to this Petition is the deposition testimony of Melanie Porton. Melanie Porton was 13 years old at the time of the accident. Michael Palmer had been drinking at Cy's Liquor and had a blood alcohol content of .18 at the time of this driving incident.

FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Melanie Porton, along with her step-brothers and sisters who are emancipated, as well as her mother, brought a lawsuit in their own name for loss of aid, society and companionship from the harm to her step-brother, Michael Palmer, for damages under the Minnesota Civil Damage Act.

5. Under the terms of the contingent fee agreement, the minor is to pay at the conclusion of claim, one-third of the gross recovery plus costs incurred in connection with said representation.

6. Danise Lundstrom, as the mother and natural guardian of Melanie Porton, on behalf of herself as well as her minor daughter and the fellow siblings, signed a contract with the Todd Young Law Firm to bring a lawsuit in the United States District Court for violation of the Minnesota Civil Damage Act, which lawsuit was settled, providing for disbursements of funds after payment of one-third attorney fees and costs as followings:

| | |
|---|---|
| Danise Lundstrom | $1,000.00 |
| Jason Palmer | $1,000.00 |
| Michelle Palmer | $1,000.00 |
| Joshua Palmer | $1,000.00 |
| Teresa Baker | $1,000.00 |
| Melanie Porton | $922.21 |

7. There are no collateral sources or subrogation rights asserted with petitioner's claim since this damage claim is injury to the relationship between Melanie Porton as a step-sister and her older step-brother, who is in a coma.

8. Subsequent to the occurrence of the injury to Michael Palmer, petitioner, through her mother, Danise Lundstrom, employed the undersigned as their attorney to represent them, including said minor, for the recovery of damages as a result of said injuries to Michael Palmer. It was agreed in writing that said attorney would receive one-

third of the amount of recovery by way of suit or settlement. The attorney conducted an investigation of the facts surrounding the occurrence, took numerous depositions, and entered into settlement negotiations with defendant.

9. Petitioner's attorney has incurred costs which have been advanced on behalf of said minor as well as her step-siblings and mother in the amount of $10,011.13, which costs do not include postage or long-distance telephone bills.

10. The petitioner, Danise Lundstrom, requests approval of the minor settlement in the amount of $922.21, which sum will be distributed as follows:

Melanie Porton $922.21

11. The sum of $922.21 shall be invested on behalf of said minor in the form of a certificate of deposit on deposit with a bank in Fresno, California. The certificate of deposit shall be in the name of Melanie Porton. The deposit shall remain with the designated financial institution until December 30, 2003, at which time the minor shall reach the age of majority.

12. Your petitioner requests the court approve this Petition for Approval of Minor Settlement and issue Findings of Fact, Conclusions of Law and Order on Petition for Approval of Minor Settlement in accordance with the terms set forth in this Petition.

Dated: 12-7-01

Danise Lundstrom
Danise Lundstrom, mother and natural guardian of Melanie Porton, a minor

Danise Lundstrom, the mother and natural guardian of Melanie Porton has read the Petition to which she has subscribed her name and knows the contents thereof to be true and correct, except as to matters stated on information and belief, and as to such, she believes the same to be true and correct.

Dated: 2-11-02

Danise Lundstrom

Danise Lundstrom, mother and natural guardian of Melanie Porton, a minor

Subscribed and sworn to before me this 11th day of February, ~~2001~~ 2002.

V. A. George

Notary Public

TGJ1 V. A. GEORGE COMM. #1323632 NOTARY PUBLIC - CALIFORNIA FRESNO COUNTY My Comm. Expires Oct. 31, 2005 TGJ1